B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

In re Bob S. Worley
Debtor

Case No. 11-29881 ABC
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Public Service Credit Union

2. Amount of the debt subject to this reaffirmation agreement:
   $62,813.04 on the date of bankruptcy    $71,835.01 to be paid under reaffirmation agreement

3. Annual percentage rate of interest:   10.99 % prior to bankruptcy
   6.00 % under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $1,330.29 per month for 54 months

5. Collateral, if any, securing the debt: Current market value: $63,960.00
   Description: 2009 Lexus 570  JTJHY00W994024266

6. Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries

Debtor's Income and Expenses
as Stated on Reaffirmation Agreement

7A. Total monthly income from $ 24060    7B. Monthly income from all $ 24060
    Schedule I, line 16                       sources after payroll deductions

8A. Total monthly expenses $ 25632,    8B. Monthly expenses $ 20732.59
    from Schedule J, line 18

9A. Total monthly payments on $ 0    9B. Total monthly payments on $ 0
    reaffirmed debts not listed on        reaffirmed debts not included in
    Schedule J                            monthly expenses

                                       10B. Net monthly income $ 3327.41
                                           (Subtract sum of lines 8B and 9B from
                                           line 7B. If total is less than zero, put the
                                           number in brackets.)

B27 (Official Form 27) (12/09)                                                                                      Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):
We have lowered monthly expenses such as groceries, maintenance, etc.

12. Explain with specificity any difference between the expense amounts (8A and 8B):
lowered numerous monthly expenses in our budget

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_Bob S. Worley_                                    _____
Signature of Debtor (only required if                Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                          required if line 11 or 12 is completed)

Other Information

☐   Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:


Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
   √ Yes              _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
   √ Yes              _____ No


FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_[signature]_
Signature

Brenna M. Francy, Attorney for the Creditor
Print/Type Name & Signer's Relation to Case